Rachel Abrams, SBN 209316
rabrams@levinsimes.com
LEVIN SIMES LLP
44 Montgomery Street, 32nd Floor
San Francisco, California 94014
Telephone: 415.426.3000
Facsimile: 415.426.3001

Attorneys for Plaintiffs

Amir Nassihi, SBN 235936
anassihi@shb.com
Ina D. Chang, SBN 240784
ichang@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California  94104-4505
Telephone:     415-544-1900
Facsimile:     415-391-0281

Attorneys for Defendant
GlaxoSmithKline LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHERINE TOPE, next friend of her daughter, M.J.T., a minor,<br><br>            Plaintiff,<br><br>       v.<br><br>GLAXOSMITHKLINE LLC d/b/a GLAXOSMITHKLINE; MCKESSON CORPORATION, and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 3:15-cv-03846-EMC<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Pursuant to Local Rule 6-1(a) of the Northern District of California, IT IS HEREBY STIPULATED by and between the parties to the above-captioned action that the deadline for

1  Defendant GlaxoSmithKline LLC to respond to Plaintiffs' Complaint is extended from September 15, 2015 to September 23, 2015.

IT IS HEREBY STIPULATED.

Dated:  September 3, 2015                              Respectfully submitted,

                                                                           LEVIN SIMES LLP


                                                                           By:*/s/ Rachel Abrams*
                                                                                  RACHEL ABRAMS

                                                                                  Attorneys for Plaintiffs



Dated:  September 3, 2015                              Respectfully submitted,

                                                                           SHOOK HARDY & BACON L.L.P.


                                                                           By:*/s/ Amir Nassihi*
                                                                                  AMIR NASSIHI

                                                                                  Attorneys for Defendant
                                                                                  GLAXOSMITHKLINE LLC


Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other signatories.

                                                    By:     */s/ Amir Nassihi*
                                                                Amir Nassihi

IT IS SO ORDERED.
_____
Edward M. Chen
U.S. District C[ourt]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*

1
STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT
CASE NO. 3:15-CV-3846-EMC

319900 V1